# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 01, 2013

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR 72601

RE: 13-2687 David Stebbins v. Rita Stebbins, et al

Dear Sir:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

**It has been noted that this case was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal and that upon receipt of your brief the case will proceed with screening and submission.**

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should file a motion with this court seeking preparation of a transcript at government expense. Your motion should specify what portions of the transcript you wish to have prepared and it should provide an explanation as to why these portions are necessary for the appeal. Please note that motions for appointment of counsel are rarely granted in pro se civil cases.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in the issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

    Michael E. Gans
    Clerk of Court

JMH

Enclosures

cc:    Mr. Christopher R. Johnson

    District Court Case Number:   3:12-cv-03130-PKH

**Caption For Case Number:   13-2687**

David Anthony Stebbins

        Plaintiff - Appellant

v.

Rita F. Stebbins; David D. Stebbins

        Defendants - Appellees

**Addresses For Case Participants:   13-2687**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354