# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/01/2013

**Case Name:**    David Stebbins v. Rita Stebbins, et al
**Case Number:**  13-2687

**Docket Text:**
Civil case docketed. [4061214] [13-2687]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com