# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2687

David Anthony Stebbins

Appellant

v.

Rita F. Stebbins and David D. Stebbins

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03130-PKH)
_____

**ORDER**

Appellant's motions for an extension of time to file the brief is granted. Appellant may have until October 10, 2013 to file the brief.

September 11, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
   /s/ Michael E. Gans