13-2687  David Stebbins v. Rita Stebbins, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/11/2013

**Case Name:**   David Stebbins v. Rita Stebbins, et al
**Case Number:**   13-2687

**Docket Text:**
**BRIEF FILED** - APPELLANT BRIEF filed by Mr. David Anthony Stebbins. w/service 10/11/2013, Length: 34 PDF pages (31 total pages excluding Table of Contents/Table of Authorities). (FIVE COPIES)
[4085088] [13-2687]

**The following document(s) are associated with this transaction:**
Document Description:  Pro se Appellant Brief filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com