



Appellate Case: 13-2687    Page: 2    Date Filed: 10/11/2013 Entry ID: 4085102

















IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
CIVIL DIVISION

DAVID STEBBINS                                                                           PLAINTIFF

VS                                CASE NO.2012-85-4

DAVID DIXON                                                             DEFENDANT
LEGAL AID OF ARKANSAS

## AFFIDAVIT OF KIMBERLY KLUTTS

Comes now, Kimberly Klutts, who hereby submits the following affidavit. I do solemnly swear that the following statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

1.      I am the neighbor of David Stebbins.

2.      In July of 2012, Stebbins and I were involved in a disagreement. Believing that he had provoked me and that I was then legally allowed to use violence against him, I proceeded to kick on in his door with in the intention of terrorizing him. I was quickly arrested, tried, and sentenced to 30 days in the Boone County Detention Center for this conduct.

3.      Since then, it has been explained to me (through a combination of police, the Boone County Public Defender's Office, and Stebbins himself) that I made the following mistakes in my logic:

     (a)      Self-defense law only allows you to use the minimum force necessary to repel the unlawful force instigated against you, which means that a simple shoving was not enough to warrant the extreme act of attempting to break into his home (or at least, deliberately leading him to believe that this was my intention).

     (b)      Even if the reaction itself were justified, I'm supposed to only "defend myself" immediately after the force that provoked it. Since my reaction was done several minutes after he had shoved me (and, furthermore, he had already gone back into his apartment, precisely to avoid any further conflict with me), my actions clearly did not fall into that category.

4.      Because of these two explanations, I quickly proceeded to correct my behavior, and Stebbins and I have not had any further altercations since then.

5.      After posting bond to be released from pre-trial[1] detention, Stebbins left a note on my door, saying that he intended to sue me for $25,000, which would have taken me nearly ten years to pay, and offered me the chance to use arbitration as a means of reducing court costs. A copy of this letter and arbitration contract is attached to this affidavit.

---

[1] By the way, this was *before* I was sentenced to 30 days in jail.

Appellate Case: 13-2687     Page: 11     Date Filed: 10/11/2013 Entry ID: 4085102

6.  However, the lawsuit never came. Due to the behavior corrections spoken of in Paragraph #4, he forgave my transgression, and dropped the suit.

7.  Stebbins tells me that people accuse him of abusing the lawsuit system, and filing lawsuits just to harass people. However, I know (and am signing this affidavit today to attest to this) from personal experience in dealing with him that this is not the case. He sues when he has to, and if he can obtain justice by other means, he will use those other means to do so.

I, the undersigned, do hereby certify, under penalty of perjury, that the aforementioned statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

_____
Kimberly Klutts
303 N. Willow St.,
APT #4
Harrison, AR 72601

### Acknowledgment

On this day before the undersigned, a Notary Public, duly qualified and acting in and for the county and state aforesaid personally appeared KIMBERLY KLUTTS, known to me or satisfactorily proven, whose name appears as AFFIANT in the foregoing instrument, and stated that he/she had executed the same for the uses and purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____th day of August, 2013.

_____
NOTARY PUBLIC

My Commission Expires: _____

SEAL

Dear Ms. Kluttz,

Yesterday, you were arrested for public intoxication. However, you should have also been arrested for terroristic threatening, and also for breaking and entering. You were trying to kick down my motherfucking door! I don't care if you were drunk; you're still responsible for your own actions.

Now, if the cops will only charge you with public intoxication, that's fine; I'll just *sue your ass*!

However, I'd like to offer you a chance to make it easier on yourself. I have intention of suing you, and that's going to happen, whether you like it or not. However, I'd like to offer you the chance to do this without needing an attorney.

You've heard of small claims court, right? Well, this case doesn't qualify for small claims court, and even if it did, I plan on suing you for a lot more than just $5,000 (and no, you're not going to talk me out of that; I'm taking you to court for at least $25k, and that's all there is to it).

If we go to regular court over this, it's going to have to be in the Circuit Court. That's the *main* court in the center of the square, and it's rules are complicated as fuck. You will an attorney if I take you to court over there, and it will cost *thousands* of dollars, and you won't get that money back, even if you win. Don't believe me? Ask an attorney. It's called the "American Rule." You don't get your attorney's fees reimbursed if you win.

However, there is one potential way that you can defend against this lawsuit using small claims court rules. That way, you'll actually stand a ghost of a chance.

It's called "arbitration," and you may have heard of it. In the news, it's often criticized as being biased towards businesses. Fortunately, you don't have to worry about that, because I'm not a business. Therefore, you can trust arbitration to be fair and impartial.

Please find enclosed an arbitration contract. It already has my signature, and as much of your information I was able to gather through the public records. If you sign it, we not only can get this over with quickly, cheaply, and easily, but we also get to do it with written statements through the mail!!! Yeah, you won't even have to miss a day of work!

So, if you're interested, sign this thing and tape it to my door (just don't disturb me; remember that's what got you into this mess in the first place). Just remember, I'm suing you one way or another; it's up to you if you want to do this the easy way or the hard way.

Thank you.

Sincerely,
David Stebbins

# American Arbitration Association
*Dispute Resolution Services Worldwide*

Please visit our website at www.adr.org if you would like to file this case online.
AAA Customer Service can be reached at 800-778-7879

**SUBMISSION TO DISPUTE RESOLUTION**

The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association.

**To be completed and signed by all parties (attach additional sheets if necessary).**

Rules Selected: ☐ Commercial  ☐ Construction  ☐ Employment  ☒ Other (please specify) invidual vs. individual

Procedure Selected: ☒ Binding Arbitration  ☐ Mediation  ☐ Other (please specify) _____

**NATURE OF DISPUTE:**
Stebbins accusses Kluttz of trying to break into his home. Kluttz both denies that accusation, and claims that she was provoked because Stebbins shoved her. She is therefore counter-suing for assault.

Dollar Amount of Claim $25,000.00

Other Relief Sought: ☐ Attorneys Fees  ☐ Interest  ☐ Arbitration Costs  ☐ Punitive/Exemplary  ☒ Other all of the above

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:

Amount Enclosed $ 0.00   In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☒ Standard Fee Schedule

HEARING LOCALE REQUESTED: through the mail

Estimated time needed for hearings overall: 0.00 hours or 0.00 days

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

| Name of Party | Name of Party |
|---|---|
| David A. Stebbins | Kimberly Kluttz |
| Address: 123 W. Ridge St. | Address: 303 N. Willow St. |
| APT D | APT #4 |
| City: Harrison  State: AR  Zip Code: 72601 | City: Harrison  State: AR  Zip Code: 72601 |
| Phone No. 870-204-6024  Fax No. | Phone No.  Fax No. |
| Email Address: stebbinsd@yahoo.com | Email Address: |
| Signature: David Stebbins  Date: 07/19/2012 | Signature: Kimberly Kid  Date: 7/18/12 |
| Name of Representative: not applicable | Name of Representative: |
| Name of Firm (if applicable): not applicable | Name of Firm (if applicable): |
| Address (to be used in connection with this case): 123 W. Ridge St., APT D | Address (to be used in connection with this case) |
| City: Harrison  State: AR  Zip Code: 72601 | City:  State:  Zip Code: |
| Phone No. 870-204-6516  Fax No. | Phone No.  Fax No. |
| Email Address: stebbinsd@yahoo.com | Email Address: |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. Send the original Demand to the Respondent.