13-2687  David Stebbins v. Rita Stebbins, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/11/2013

**Case Name:**    David Stebbins v. Rita Stebbins, et al
**Case Number:**  13-2687

**Docket Text:**
**ADDENDUM** of APPELLANT FILED by Pro Se Appellant Mr. David Anthony Stebbins (NOTE: Documents titled "Exhibits" and submitted with Appellant's brief are construed and filed here as the addendum.); w/service 10/11/2013 [4085102] [13-2687]

**The following document(s) are associated with this transaction:**
Document Description:  Pro se Addendum filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com